IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

    Abraham O. Ituah                                      Chapter 13 Bankruptcy

    Debtor                                                  Case No. 18-35408cgm

---

**DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**

I, Abraham O. Ituah/Debtor hereby move this court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307 (b) and LBR 3015-1(q)(1) and the Debtor cannot afford Attorney or pay $7500 for appraisal fee in all the properties owned as the Trustee requested.

1. The above-entitled case was commenced by the filing of voluntary petition under chapter 13 and has not been converted under 11 U.S.C. § 706, 1112, OR 1208;

2. The following motion for relief from automatic stay was granted and is on appeal with circuit court for decision;

**Filing Date:** 11/20/2018

**Movant:** Cool Spaces LLC

**Real Property located:** 3843 Fairmount Avenue, Philadelphia, PA 19104

**Status:** Pending

POUGHKEEPSIE, NY
2018 DEC -6 A 11:50
US BANKRUPTCY COURT
FILED

3. Debtor has made the following arrangement with the creditors identified below in connection with the repayment plan for dismissal:

(a) The city of Philadelphia

(b) The city of Newburgh

(c) The city of Chester

(d) Pennsylvania Revenue Bureau already received a filed personal income tax 2013

The Attorney representing the following listed creditors would not allow their clients to discuss settlement with the Debtor since individual will not have no direct contact with creditors while under chapter 13 protection.

(e) JP Mortgage Chase

Address: 508 W. Tabor Road, Philadelphia, PA

(f) Bank of America

Address: 212 S. Edgewood Street, Philadelphia

(g) Bank of America/Wilmington Trust, and

Address: 33 S 53rd street, Philadelphia, PA

(h) Bank of America/Wilmington Trust Savings society

Address: 2507 N. 19th street, Philadelphia

The staffs agreed to resume discussion on settlement after the case is dismissed.

4, Debtor seeks dismissal of this case for the following reasons:

The Debtor is willing to sell all the properties owed to settle all the legitimate creditors.

1700 N Dover Street, Philadelphia, PA 19121*

1208 Remington Avenue, Chester PA

4021 Neilson Street, Philadelphia, PA

3301 A street, Philadelphia, PA

3765 N. Bouvier Street, Philadelphia, PA

4624 N. 12th Street, Philadelphia PA

5551 Morris Street, Philadelphia, PA

* Offer received and Title Company is ready for settlement.

Debtor hereby request for urgent dismissal of the voluntary chapter 13 so that can sell the property and implement the plan to settle the creditors.

Respectfully Submitted,

Abraham O. Ituah

Debtor Date  12/6/2018                                    Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:
  Abraham O. Ituah                                    Chapter 13 Bankruptcy
  Debtor

                                                 Case No. 18-35408cgm

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of Debtor's Motion for voluntary dismissal of chapter 13 Case; it is hereby ORDERED that the request is granted.

### BY THE COURT:

                                                             Judge Cecelia G. Morris

                                                             U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

   Abraham O. Ituah                           Chapter 13 Bankruptcy

   Debtor

                                                 Case No. 18-35408cgm

## CERTIFICATE OF SERVICE

I certify that the foregoing paper will be served electronically on the entities specified in the Notice of Electronic Filing to be issued by the electronic case filing system. I further certify that the foregoing paper was served by mail on the following, at the following addresses, on _12/5/_, 20_18_:

**United States Trustee**

**74 Chapel Street**

**Albany, NY 12207-2190**

**Krista M. Preuss Chapter 13 Standing Trustee**

**399 Knollwood Road**
**White Plains, NY 10603-1931**

**Abraham O Ituah**
**92 Robinson Avenue**

**Newburgh, NY 12550-4402**

**BANK OF AMERICA, N.A.**

**16001 NORTH DALLAS PARKWAY**

**CARROLLTON, TX 75006**

**Central Hudson Gas and Electri**

284 South Avenue

Poughkeepsie, NY 12601-4839

Lorie Patterson
c/ David H. Denenberg Abrahamson's Denenberg PC

1315 Walnut St. 12fl

Philadelphia, PA 19107-4719

MYRA LOPEZ
3301 A STREET

PHILADELPHIA, PA 19134-1601

TREASURER OFFICE, CHESTER, PA

1 FOURTH STREET
CHESTER, PA 19013-4400

FATIMA
2153 66TH AVENUE

PHILADELPHIA, PA 19138-2627

NEWBURGH CITY HALL
1ST FLR
83 BROADWAY
NEWBURGH, NY 12550-5617

Pennsylvania Department of Revenue Bankruptcy Division

PO BOX 280946 Harrisburg, PA 17128-0946

United States Trustee 74 Chapel Street Albany, NY 12207-2190

COOL SPACES, LLC
105 ACADMY LANE

BROOMALL, PA 19008-1925

MICHELLE KELSON Corporation Counsel
The City of Newburgh
83 Broadway, City Hall

Newburgh, New York 12550

Verizon
by American InfoSource LP as agent PO Box 248838
Oklahoma City, OK 73124-8838

Wilmington Trust, not in its individual capa c/o Stern & Eisenberg, PC
485B Route 1 South, Suite 330
Iselin, NJ 08830-3067

The preferred mailing address (p)
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and
Fed.R.Bank.P. 2002 (g)(4).

City of Philadelphia
c/o Pamela Elchert Thurmond
1401 John F. Kennedy Blvd., Room 580 Philadelphia, PA 19102

(d)CITY OF PHILADELPHIA 1401 JFK, 5TH FLR PHILADELPHIA, PA 19102

(d)City of Philadelphia
Law Department
1401 John F. Kennedy Blvd., Room 580 Philadelphia, PA 19102

| | | |
|---|---|---|
| **Margaret J. Cascino**<br>Stern & Eisenberg, P.C.<br>485B Route 1 South<br>Suite 330<br>Iselin, NJ 08830<br>516-630-0288<br>732-726-8719 (fax)<br>mcascino@sterneisenberg.com<br>*Assigned: 04/09/2018* | representing | **Wilmington Trust, not in its individual capacity but solely as owner trustee for the OSAT BPL Trust 16-00001**<br>c/o Stern & Eisenberg, PC<br>485 B Route 1 South<br>Suite 330<br>Iselin, NJ 08830<br>*(Creditor)* |
| **Michael Chatwin**<br>Shapiro, DiCaro & Barak, LLC<br>250 Mile Crossing Blvd.<br>Rochester, NY 14624<br>585-247-9000<br>585-247-7380 (fax)<br>mchatwin@logs.com<br>*Assigned: 04/18/2018* | representing | **JPMorgan Chase Bank, National Association**<br>c/o Shapiro, DiCaro & Barak, LLC<br>One Huntington Quadrangle, Suite 3N05<br>Melville, NY 11747<br>631-844-9611<br>*(Creditor)* |
| **Nicole M Massi**<br>Knuckles, Komosinski, & | representing | **Wilmington Savings Fund Society, FSB, doing business as Christiana** |

| | | |
|---|---|---|
| Manfro LLP<br>561 Taxter Road<br>Suite 590<br>Elmsford, NY 10523<br>914-345-3020<br>914-992-9154 (fax)<br>nmm@kkmllp.com<br>*Assigned: 04/03/2018* | | **Trust, not in its individual capacity, but solely as trustee for BCAT 17-00019TT**<br>Knuckles, Komosinski & Manfro, LLP<br>565 Taxter Road, Suite 590<br>Elmsford, NY 10523<br>9143453020<br>9149929154 (fax)<br>NMM@KKMLLP.COM<br>*(Creditor)* |
| **Peter George Mylonas**<br>2725 West Chester Pike<br>Broomall, PA 19008<br>610-355-1000<br>peter.mylonas@mylona.com<br>*Assigned: 05/04/2018*<br>*LEAD ATTORNEY* | representing | **Cool Spaces, LLC**<br>*(Creditor)* |
| **Sara A Tilzer**<br>565 Taxter Road<br>Elmsford, NY 10523<br>914-345-3020<br>sat@kkelaw.com<br>*Assigned: 05/02/2018* | representing | **Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 17-00019TT**<br>Knuckles, Komosinski & Manfro, LLP<br>565 Taxter Road, Suite 590<br>Elmsford, NY 10523<br>9143453020<br>9149929154 (fax)<br>NMM@KKMLLP.COM |
| **Alexandros E. Tsionis**<br>Shapiro, DiCaro & Barak, LLC<br>One Huntington Quadrangle,<br>Suite 3N05<br>Melville, NY 11747<br>631-844-9611<br>631-844-9525 (fax)<br>atsionis@logs.com | representing | **JPMorgan Chase Bank, National Association**<br>c/o Shapiro, DiCaro & Barak, LLC<br>One Huntington Quadrangle, Suite 3N05<br>Melville, NY 11747<br>631-844-9611 |

This 5th day of December, 2018.

**Abraham O. Ituah**         Debtor's Signature _____

Six USPS Certificate of Mailing forms (PS Form 3817), each with $1.40 postage, postmarked NEWBURGH, NY 12550, DEC 06, 18.

**Top row:**

1. From: Abraham Itiveh, 92 Robinson Ave, Newburgh, NY 12550
   To: Peter George Macomesty, Clerk of Court, Superior Court of Chester, 2 West Chester Pike, Broomall, PA 19008

2. From: Abraham Itiveh, 92 Robinson Ave, Newburgh, NY 12550
   To: Pennsylvania Dept of Revenue, PO Box 280946, Harrisburg, PA 17128

3. From: Abraham Itiveh, 92 Robinson Ave, Newburgh, NY 12550
   To: Treasurer Office, Chester, 4 Fourth Street, Chester, PA 19013-4

**Bottom row:**

4. From: Abraham Itiveh, 92 Robinson Ave, Newburgh, NY 12550
   To: Bank of America, 16001 North Dallas Parkway, Carrolton, TX 75001

5. From: Abraham Itiveh, 92 Robinson Ave, Newburgh, NY 12550
   To: Michele Kelson Esq, Corporation Counsel, 83 Broadway, City Hall, Newburgh, NY 12550

6. From: Abraham Itiveh, 92 Robinson Ave, Newburgh, NY 12550
   To: Krista M. Preuss (Trustee), 399 Knollwood Road, White Plains, NY 10603

**Certificate of Mailing 1:**
From: Abraham Ituah, 92 Robinson Ave, Newburgh NY 12550
To: Central Hudson Gas & Elec, 284 South Ave, Poughkeepsie, NY 12[...]
USPS Postage Paid, Newburgh NY 12550, Dec 06, 18, $1.40, R2305K135884-02

**Certificate of Mailing 2:**
From: Abraham Ituah, 92 Robinson Ave, Newburgh NY 12550
To: Alexandros E. Tsionnis, Chief JP Morgan Chase Bank NA, One Huntington Quadra[...], Suite 3N05, Melville NY
USPS Postage Paid, Newburgh NY 12550, Dec 06, 18, $1.40, R2305K135884-02

**Certificate of Mailing 3:**
From: Abraham Ituah, 92 Robinson Ave, Newburgh NY 12550
To: Michael Chatwin Esq., JP Morgan Chase Bank (Cli[...]), 250 Mile Crossing Blvd, Rochester NY 14624
USPS Postage Paid, Newburgh NY 12550, Dec 06, 18, $1.40, R2305K135884-02

**Certificate of Mailing 4:**
From: Abraham Ituah, 92 Robinson Ave, Newburgh NY 12550
To: Margaret J. Cascino Esq., Wilmington Trust (Client), 485 B Route 1 south suite 33, Iselin NJ 08830
USPS Postage Paid, Newburgh NY 12550, Dec 06, 18, $1.40, R2305K135884-02

**Certificate of Mailing 5:**
From: Abraham Ituah, 92 Robinson Ave, Newburgh NY 12550
To: Nicole M. Massi Esq., Wilmington Savings Fund [...], 561 Texter, Suite 590, Elmsford NY 10523
USPS Postage Paid, Newburgh NY 12550, Dec 06, 18, $1.40, R2305K135884-02